UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TYRIN TORRES and DAQUAN BRADLEY,

                                  Plaintiffs,

            -against-

THE CITY OF NEW YORK, JOHN SIOKAS,
CHRISTOPHER WARD, EUGENE JONNY, and JOHN
DOE,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

1:16-cv-06719-BMC

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Kavin Thadani, dated July 31, 2017, and the exhibits annexed thereto; the Local Civil Rule 56.1 Statement, dated July 31, 2017; the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment; and all prior pleadings and proceedings had herein, defendants will move this Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no material issues of fact in dispute that warrant a trial, and that the defendants are entitled to judgment as a matter of law as to all of plaintiffs' claims, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, by Order of the Court, opposition papers, if any, shall be served and filed on or before August 14, 2017.

**PLEASE TAKE FURTHER NOTICE** that, by Order of the Court, reply papers, if any, shall be served and filed on or before August 21, 2017.

Case 1:16-cv-06719-BMC    Document 24    Filed 07/31/17    Page 2 of 2 PageID #: 120

- 2 -

Dated: New York, New York
       July 31, 2017

                    ZACHARY W. CARTER
                    Corporation Counsel of the City of New York
                    *Attorney for Defendants*
                    100 Church Street
                    New York, New York  10007
                    (212) 356-2351

                    By:   /s/ Kavin Thadani
                          Kavin Thadani
                          Senior Counsel
                          Special Federal Litigation Division

TO:   **<u>VIA ECF</u>**
        Michael Lumer, Esq.
        *Attorney for Plaintiffs*