Page 1

**ORIGINAL**

1
2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ------------------------------------------X
4  TYRIN TORRES and DAQUAN BRADLEY,
5                     Plaintiffs,
6                                    Index No:
            - against -               16 CV 6719
7
   THE CITY OF NEW YORK, JOHN SIOKAS,
8  CHRISTOPHER WARD, EUGENE JONNY and JOHN DOE,
9                     Defendants.
10 ------------------------------------------X
11                  1250 Broadway
                    New York, New York
12
                    June 9, 2017
13                  10:16 a.m.
14
15
16
17     EXAMINATION BEFORE TRIAL OF JOHN SIOKAS,
18 a DEFENDANT, pursuant to Notice, taken at
19 the above place, date and time, before MARIA
20 ACOCELLA, a Notary Public within and for the
21 State of New York.
22
23
24
25

  

1                John Siokas
2    Q.     Is it on the right of the
3    doorway, left of the doorway, or somewhere
4    else?
5    A.     I don't know.
6    Q.     You are not sure?
7    A.     I am not sure.
8    Q.     If you don't know, just tell me
9    you don't know. I don't want you to guess.
10          How did he appear to you?
11          Let me ask it a different way?
12          Did you see any visible injuries
13   when you first saw him?
14   A.     Yes.
15   Q.     What did you see?
16   A.     He had injuries on his face
17   (indicating), swelling, and he showed me his
18   ribs.
19   Q.     This is inside the deli?
20   A.     Yeah.
21   Q.     You gestured with your hand
22   towards your face, and just want to make sure
23   I am not misinterpreting.
24          He had swelling on his face?
25   A.     Uh-huh.

Page 71

John Siokas

2  Q.  Was it the right side, left side, or somewhere else?
4  A.  I don't remember. I just remember his face was swollen.
6  Q.  Was it around his eye or somewhere else?
8  A.  From like the head to like here (indicating).
10 Q.  You are gesturing from like the temple, by the side of your eye?
12 A.  Yeah.
13 Q.  You are gesturing the right-hand side of your face, correct?
15 A.  I am just --
16 Q.  But you are not sure?
17 A.  I am not sure exactly where. But I do remember he was swollen on the face.
19 Q.  It might have been the left side, might have been the right?
21 A.  Yeah.
22 Q.  Was he bleeding?
23      MR. THADANI: Objection.
24 A.  I don't remember.
25 Q.  He lifted up his shirt to show

Page 72

1                John Siokas
2  you his ribs?
3       A.    Yes.
4       Q.    What, if anything, did you
5  observe on his ribs?
6       A.    Redness.
7       Q.    And he told you he had been,
8  what, assaulted and robbed, beaten up and
9  robbed?
10            MR. THADANI: Objection.
11      A.    Yes.
12      Q.    What else did he say?
13      A.    At that point, I kind of asked
14  him who did it.
15      Q.    What do mean, you kind of asked
16  him?
17      A.    I don't remember how I asked him.
18  Trying to get details. We had exited the
19  location.
20      Q.    So I have the right chronology of
21  things, you go inside the store and see this
22  gentleman, correct?
23      A.    Yes.
24      Q.    And he appears to recognize you
25  are a police officer, so he screams to you he

  

Page 79

1                    John Siokas
2     on the corner, which would either be 16th or
3     17th Street, am I correct?
4          A.    Yes.
5          Q.    You don't see the group there.
6     Do you continue scanning down the block to
7     see if you spot them?
8          A.    At that point he observes three
9     males.
10         Q.    Who is "he"?
11         A.    The victim.  And he goes, those
12    are the guys that robbed me.
13         Q.    How long after you step out onto
14    the sidewalk does he say that?
15         A.    Pretty quick.
16         Q.    Like 5, 10, 15 seconds, something
17    like that?
18         A.    Yes.
19         Q.    You step out onto the sidewalk
20    more or less together, and he is near you
21    when he says this?
22         A.    Yes.
23         Q.    You are looking for the group,
24    you don't see them, and he gets your
25    attention and goes, those are the three guys?

Page 80

1              John Siokas
2      A.    Yes.
3      Q.    And when he tells you those are
4   the three guys, does he gesture or point or
5   indicate in some way?
6      A.    He was pointing and screaming.
7      Q.    He is pointing further down
8   Mermaid Avenue?
9            MR. THADANI: Objection.
10     A.    He was pointing towards the
11  liquor store.
12     Q.    Which would be further down
13  Mermaid Avenue?
14     A.    Yes.
15     Q.    Past the intersection where the
16  altercation took place?
17     A.    I believe so, yes.
18     Q.    And fair to say, you looked to
19  where he is pointing?
20     A.    Yes.
21     Q.    And he was pointing and
22  screaming, those were the guys?
23     A.    Yes.
24     Q.    And when you looked to where he
25  is pointing, what do you see?

1                    John Siokas
2      A.     I observe three males getting
3   into a livery cab.
4      Q.     Somewhere in the middle of the
5   block?
6      A.     Yes.
7      Q.     And this is back across the
8   street from the deli and on the same side of
9   the block as where your car is parked, but
10  one block down?
11            MR. THADANI:  Objection.
12     A.     Yes.
13     Q.     Sitting to my right, as I said
14  before, is Tyrin Torres.
15            As you look at Mr. Torres today,
16  do you recognize him?
17     A.     No.
18     Q.     Do you have any recollection
19  seeing Mr. Torres on March 11, 2015?
20     A.     No.
21     Q.     Do you have any recollection of
22  arresting Mr. Torres?  I am not asking if you
23  did or didn't.
24     A.     If I remember his face?
25     Q.     Yes.

  

Case 1:16-cv-06719-BMC    Document 24-2    Filed 07/31/17    Page 10 of 17 PageID #: 133

1                John Siokas
2  proceeding?
3       A.    Yes.
4       Q.    Am I correct, then, a show up is
5  where an eyewitness could be a victim, but
6  doesn't have to be a victim, right; it can
7  just be an eyewitness?
8       A.    Yes.
9       Q.    Is brought to an area where a
10 suspect is being held and views the suspect
11 and says either that is definitely him, that
12 is definitely not him, or something else?
13            MR. THADANI:  Objection.
14      A.    Yes.
15      Q.    Was a show up conducted in this
16 case?
17      A.    Yes.
18      Q.    So these three gentlemen are
19 taken out of the vehicle and placed near the
20 vehicle.
21            What is the next thing that
22 happened?
23            MR. THADANI:  Objection.
24      A.    The victim comes over, and he
25 goes yeah, those are the guys that robbed

Page 102

John Siokas

him.

Q. Does he walk over on his own, or is he escorted over, or something else?

A. Don't know if he was escorted over. He did come over and he started yelling, that is them. They robbed me. They took my phone.

Q. Is that specifically what he said, or did he say anything else?

MR. THADANI: Objection.

A. I don't know.

Q. Did you speak with him personally while the show up was being conducted?

MR. THADANI: Objection.

A. Yes.

Q. Tell me the conversation that you had with him, to the best of your recollection?

A. He was yelling saying that those three guys did rob him. And after that, I was trying to calm him down.

Q. How far away was this witness from the three gentlemen when he is yelling, those are the guys that robbed me, those are

Page 103

1          John Siokas
2  the guys that took my phone, that sort of
3  thing?
4       A.     Fifteen, twenty feet.
5       Q.     And what officers were present
6  when this show up occurred?
7            MR. THADANI:  Objection.
8       Q.     Besides yourself?
9       A.     I don't remember.
10      Q.     Were you the only officer present
11 for the show up?
12           MR. THADANI:  Objection.
13      A.     Was I the only officer -- do you
14 mean was I the only officer there?
15      Q.     Yes.
16      A.     No.  Whoever was at the scene was
17 there.
18      Q.     Would that include Detective
19 Jonny?
20      A.     Possibly so.
21           MR. THADANI:  Objection.
22      Q.     Christopher Ward?
23      A.     Where in the scene they were, I
24 don't remember.
25      Q.     Were there other -- generally you

  

Page 192

1          John Siokas
2   here.
3          MR. THADANI: Don't assume
4   anything. Just answer the question.
5       A.   No.
6          MR. LUMER: Off the record.
7          (Discussion off the record.)
8       Q.   Do you have any recollection of
9   seeing Mr. Vazquez throw anything at my
10  clients that night?
11      A.   No.
12      Q.   Just so I make sure I understand
13  this, because I want to have this correctly,
14  when you first saw Mr. Vazquez, you didn't
15  know his name then, correct?
16      A.   No.
17      Q.   When you first see him, he is
18  running away from the group towards the deli?
19      A.   Yes.
20      Q.   You see him run into the deli?
21      A.   Yes.
22      Q.   And you follow him into the deli?
23      A.   Yes.
24      Q.   You have a conversation with him?
25      A.   Yes. Again, you have to

```
                                              Page 193
 1                    John Siokas
 2   understand these streets, I am just -- it is
 3   in general.
 4        Q.    I understand.  But you saw him go
 5   into a deli?
 6        A.    Yes.
 7        Q.    And you went into the same deli?
 8        A.    Yes.
 9        Q.    And you had a conversation with
10   Mr. Vazquez inside that deli?
11        A.    Yes.
12        Q.    And Mr. Vazquez advised you that
13   he had been assaulted and robbed?
14        A.    Yes.
15        Q.    And he was talking about the
16   altercation with the group that you witnessed
17   from your vehicle?
18              MR. THADANI:  Objection.
19        A.    Yes.
20        Q.    You and Mr. Vazquez exit the
21   store together?
22        A.    Yes.
23        Q.    And you are both standing near
24   each other on the sidewalk?
25        A.    Yes.
```

Page 194

1              John Siokas
2    Q.    And both looking for the group?
3    A.    Yes.
4          MR. THADANI:  Objection.
5    Q.    And within a few seconds he spots
6    the three gentlemen?
7          MR. THADANI:  Objection.
8    A.    Yes.
9    Q.    And he is pointing and yelling
10   and saying, that is them?
11   A.    Yes.
12   Q.    When you looked you see them in
13   front of the liquor store?
14         MR. THADANI:  Objection.
15   A.    Yes.
16   Q.    And that is when you moved across
17   the street to get your vehicle?
18   A.    Yeah.  He referred to the red
19   coat, so it was just --
20   Q.    Oh, let's talk about that.  I
21   didn't remember that.
22         What did he say about the red
23   coat?
24   A.    He mentioned the red coat.  The
25   three guys, the guy with the red coat.