

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: K15617507 - N** |
| **Arrest Location:** NORTH EAST CORNER WEST 19 STREET & MERMAID AVENUE | **Pct:** 060 |

**Arrest Date:** 03-11-2015  **Processing Type:** ON LINE
**Time:** 20:45:00  **DCJS Fax Number:** KO012755
**Sector:** E  **Special Event Code:** NS - NARC SEL ENFORC
**Strip Search Conducted:** NO  **DAT Number:** 0
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**Current Location of Perpetrator:**
**Borough:** Brooklyn
**Type:**
**Location:** 060 PRECINCT

## COMPLAINTS:  Arrest #: K15617507

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2015-060-01279 | 2015-03-11 | Valid, No Arrests | 2015-03-11 | 20:30 |

SEALED ... SEALED

## CHARGES:  Arrest #: K15617507

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 160.10 02A | F | C | 1 | ROB-2ND:CAUSES PHYSICAL INJURY |
| #02 | No | PL 120.00 01 | M | A | 1 | ASLT W/INT CAUSES PHYS INJURY |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

SEALED ... SEALED

## DETAILS:  Arrest #: K15617507

AT T/P/O C/V STATED THAT DEFT. ALONG WITH 2 APPREHENDED OTHERS (COLIN, SEBASTIAN ▓▓▓ AND TORRES, TYRIN 10/20/1984) AND 1 UNAPPREHENDED OTHER DID PUNCH AND KICK C/V UNTIL C/V FELL ON THE GROUND. C/V STATED THAT WHILE ON THE GROUND DEFT. AND APPREHENDED OTHERS CONTINUED TO KICK AND PUNCH C/V AND UNKOWN DEFT. FORCIBLY REMOVED IPHONE FROM C/V HAND. C/V SUFFERED BRUISING AND SWELLING ON HIS FACE AND TORSO. DEFT IS KNOWN BLOODS GANG MEMBER, SGT. GARCIA FROM BROOKLYN SOUTH GANG NOTIFIED. 60 SQUAD DETECTIVE FLYNN NOTIFIED.

SEALED ... SEALED

## DEFENDANT: BRADLEY, DAQUAN  NYSID #: 13002451H  Arrest #: K15617507

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 6FT 1IN | Order Of Protection: NO |
| Sex: MALE | Weight: 150 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 20 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: ▓▓▓ | Hair Length: SHORT | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: AFRO | Living together: NO |
| Place Of Birth: USA | Skin Tone: LIGHT | Can be Identified: YES |
| Is this person not Proficient in English?: NO | Complexion: CLEAR | |

| | | |
|---|---|---|
| If Yes, Indicate Language: | | |
| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: YES |
| | Occupation: NONE | Name: BLOODS |
| Identification ID: | | Identifiers: RED |
| Identification #: | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:   N.Y.C. Transit Employee: NO

**Physical Force:** USED

Gun:
Weapon Used/Possessed: NONE       Make:           Recovered:
Non-Firearm Weapon:                Color:          Serial Number Defaced:
Other Weapon Description:          Caliber:        Serial Number:
                                   Type:
                                   Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | PROPERTY SNATCH FROM HAND |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BLUE |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | ARM -TATTOO WITH WORDS ONLY - DESCRIBE:LAVON |
| BODY MARKS | ARM -TATTOO WITH WORDS ONLY - DESCRIBE:2 SELF MADE |
| IMPERSONATION | UNKNOWN |

| SEALED | | SEALED |
|---|---|---|

| JUVENILE DATA: | | Arrest #: K15617507 |
|---|---|---|
| Juvenile Offender: | Relative Notified: Personal Recog: | |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

| SEALED | | SEALED |
|---|---|---|

| ASSOCIATED ARRESTS: | Arrest #: K15617507 |
|---|---|
| ARREST ID COMPLAINT # | |

| K15617502 | 2015-060-01279 |
| K15617509 | 2015-060-01279 |
| K15619494 | 2015-060-01279 |

| SEALED | SEALED |

**No Vehicles for Arrest #**

| SEALED | SEALED |

| **DEFENDANTS CALLS:** | Arrest #: K15617507 |

CALL # NUMBER DIALED NAME - PROVIDED BY DEFENDANT NAME AS LISTED IN CELL PHONE RELATIONSHIP CALL COMPLETED

| SEALED | SEALED |

| **INVOICES:** | Arrest #: K15617507 |

INVOICE# COMMAND PROPERTY TYPE VALUE

| SEALED | SEALED |

**ARRESTING OFFICER:** DT3 JOHN SIOKAS     Arrest #: K15617507

| Tax Number: 942554 | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): 942554 | In Uniform: NO | Type: |
| Shield: 2825 | Squad: TR | Reason: |
| Department: NYPD | Chart: 97 | Officer Injured: NO |
| Command: 740 | Primary Assignment: | |

| SEALED | SEALED |

| Arresting Officer Name: DT3 SIOKAS, JOHN | Tax #: 942554 | Command: 740 | Agency: NYPD |
| Supervisor Approving: SGT WARD CHRISTOP | Tax #: 934299 | Command: 740 | Agency: NYPD |
| Report Entered by: SGT WARD, CHRISTOP | Tax #: 934299 | Command: 740 | Agency: NYPD |

END OF ARREST REPORT
K15617507