

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
**THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.**

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID:** K15617502 - M |
| **Arrest Location:** NORTH EAST CORNER MERMAID AVENUE & WEST 17 STREET | **Pct:** 060 |

| | | |
|---|---|---|
| **Arrest Date:** 03-11-2015 | **Processing Type:** ON LINE | **Current Location of Perpetrator:** |
| **Time:** 20:45:00 | **DCJS Fax Number:** KO012750 | **Borough:** Brooklyn |
| **Sector:** E | **Special Event Code:** NS - NARC SEL ENFORC | **Type:** |
| **Strip Search Conducted:** NO | **DAT Number:** 0 | **Location:** 060 PRECINCT |
| **Viper Initiated Arrest:** NO | | |
| **Stop And Frisk:** NO | **Return Date:** 0000-00-00 | |
| **Serial #:** 0000-000-00000 | | |

**COMPLAINTS:**     **Arrest #:** K15617502

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2015-060-01279 | 2015-03-11 | Valid, No Arrests | 2015-03-11 | 20:30 |
| SEALED | | | | SEALED |

**CHARGES:**     **Arrest #:** K15617502

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 160.10 02A | F | C | 1 | ROB-2ND:CAUSES PHYSICAL INJURY |
| #02 | No | PL 120.00 01 | M | A | 1 | ASLT W/INT CAUSES PHYS INJURY |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|
| SEALED | | | | | SEALED |

**DETAILS:**     **Arrest #:** K15617502

AT T/P/O C/V STATED THAT DEFT. ALONG WITH 2 APPREHENDED OTHERS (COLIN, SEBASTIAN ▮▮▮ AND BRADLEY, DUQUAN 02/14/1995) AND 1 UNAPPREHENDED OTHER DID PUNCH AND KICK C/V UNTIL C/V FELL ON THE GROUND. C/V STATED THAT WHILE ON THE GROUND DEFT. AND APPREHENDED OTHERS CONTINUED TO KICK AND PUNCH C/V AND UNKOWN DEFT. FORCIBLY REMOVED IPHONE FROM C/V HAND. C/V SUFFERED BRUISING AND SWELLING ON HIS FACE AND TORSO. DEFT IS KNOWN BLOODS GANG MEMBER, SGT. GARCIA FROM BROOKLYN SOUTH GANG NOTIFIED. 60 SQUAD DETECTIVE FLYNN NOTIFIED.

SEALED                                                                      SEALED

**DEFENDANT:** TORRES, TYRIN    **NYSID #:** 08274067Y    **Arrest #:** K15617502

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 11IN | Order Of Protection: NO |
| Sex: MALE | Weight: 170 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 30 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: ▮▮▮ | Hair Length: SHORT | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: CLOSE CUT | Living together: NO |
| Place Of Birth: USA | Skin Tone: DARK | Can be Identified: YES |
| Is this person not Proficient in English?: NO | Complexion: FLUSHED/RUDDY | |

| | | | |
|---|---|---|---|
| If Yes, Indicate Language: | | | |
| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: YES | |
| | Occupation: NONE | Name: BLOODS | |
| Identification ID: | | Identifiers: | |
| Identification #: | | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | | |
| Drug Used: NONE | Lic/Permit No: | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |

Phone # and E-Mail Address: HOME: 646-823-2606

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force:** USED

Gun:
Weapon Used/Possessed: NONE     Make:           Recovered:
Non-Firearm Weapon:              Color:          Serial Number Defaced:
Other Weapon Description:        Caliber:        Serial Number:
                                 Type:
                                 Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | PROPERTY SNATCHED FROM HAND |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - RED |
| CLOTHING | FOOTWEAR - SNEAKERS - RED |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | BEARDED |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | TORSO -TATTOO WITH PICTURE ONLY - DESCRIBE:LIPS |
| IMPERSONATION | NONE |

| SEALED | SEALED |
|---|---|

**JUVENILE DATA:**                                               Arrest #: K15617502

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

| SEALED | SEALED |
|---|---|

**ASSOCIATED ARRESTS:**                                          Arrest #: K15617502

ARREST ID COMPLAINT #

| K15617507 | 2015-060-01279 |
| K15617509 | 2015-060-01279 |
| K15619494 | 2015-060-01279 |

| SEALED | | SEALED |
|---|---|---|
| **No Vehicles for Arrest #** | | |
| SEALED | | SEALED |

**DEFENDANTS CALLS:**                                    Arrest #: **K15617502**

<u>CALL # NUMBER DIALED NAME - PROVIDED BY DEFENDANT NAME AS LISTED IN CELL PHONE RELATIONSHIP CALL COMPLETED</u>
1     --               REFUSED,REFUSED

| SEALED | | SEALED |
|---|---|---|

**INVOICES:**                                             Arrest #: **K15617502**

<u>INVOICE# COMMAND PROPERTY TYPE VALUE</u>

| SEALED | | SEALED |
|---|---|---|

**ARRESTING OFFICER:** DT3 JOHN SIOKAS                    Arrest #: **K15617502**

| Tax Number: 942554 | On Duty: YES | | **Force Used:** NO |
| Other ID (non-NYPD): 942554 | In Uniform: NO | | Type: |
| Shield: 2825 | Squad: NS | | Reason: |
| Department: NYPD | Chart: 99 | | Officer Injured: NO |
| Command: 740 | Primary Assignment: | | |

| SEALED | | SEALED |
|---|---|---|

| Arresting Officer Name: DT3 SIOKAS, JOHN | Tax #: 942554 | Command: 740 | Agency: NYPD |
| Supervisor Approving: SGT WARD CHRISTOP | Tax #: 934299 | Command: 740 | Agency: NYPD |
| Report Entered by: DT3 JONNY, EUGENE | Tax #: 921448 | Command: 740 | Agency: NYPD |

END OF ARREST REPORT
K15617502