Fax:  Mar 12 2015 01:29pm P001/001

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

v

TYRIM TORRES
DAQUAN BRADLEY

DETECTIVE JOHN P SICKAS SHIELD NO. 2825, OF NBES COMMAND SAYS THAT ON OR ABOUT MARCH 11, 2015 AT APPROXIMATELY 08:30 PM AT 2559 WEST 20TH STREET COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) of:

| | |
|---|---|
| PL 160.10(1) | ROBBERY IN THE SECOND DEGREE (DQO) |
| PL 160.10(2)(A) | ROBBERY IN THE SECOND DEGREE (DQO) |
| PL 120.05(6) | ASSAULT IN THE SECOND DEGREE (DQO) |
| PL 160.05 | ROBBERY IN THE THIRD DEGREE (DQO) |
| PL 155.30(5) | GRAND LARCENY IN THE FOURTH DEGREE (DQO) |
| PL 120.00(1) | ASSAULT IN THE THIRD DEGREE (DQO) |
| PL 155.25 | PETIT LARCENY (DQO) |
| PL 165.40 | CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE |
| PL 120.15 | MENACING IN THE THIRD DEGREE (DQO) |
| PL 240.26(1) | HARASSMENT IN THE SECOND DEGREE |

IN THAT THE DEFENDANT DID:

WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON; IN THE COURSE OF AND IN FURTHERANCE OF THE COMMISSION OR ATTEMPTED COMMISSION OF A FELONY, OTHER THAN A FELONY DEFINED IN ARTICLE ONE HUNDRED THIRTY WHICH REQUIRES CORROBORATION FOR CONVICTION, OR OF IMMEDIATE FLIGHT THEREFROM, THE DEFENDANT, OR ANOTHER PARTICIPANT IF THERE BE ANY, CAUSE PHYSICAL INJURY TO ANY PERSON WHO WAS NOT A PARTICIPANT IN THE CRIME; BY PHYSICAL MENACE, INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY; STEAL PROPERTY; STEAL PROPERTY AND THE PROPERTY, REGARDLESS OF ITS NATURE AND VALUE, WAS TAKEN FROM THE PERSON OF ANOTHER; FORCIBLY STEAL PROPERTY; FORCIBLY STEAL PROPERTY AND WAS AIDED BY ANOTHER PERSON ACTUALLY PRESENT; FORCIBLY STEAL PROPERTY AND, IN THE COURSE OF THE COMMISSION OF THE CRIME OR OF IMMEDIATE FLIGHT THEREFROM THE DEFENDANT OR ANOTHER PARTICIPANT IN THE CRIME CAUSED PHYSICAL INJURY TO ANY PERSON WHO WAS NOT A PARTICIPANT IN THE CRIME; KNOWINGLY POSSESS STOLEN PROPERTY WITH THE INTENT TO BENEFIT THE DEFENDANT OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPT OR THREATEN TO DO THE SAME.
THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT IS INFORMED BY WILFREDO VASQUEZ THAT, AT THE ABOVE TIME AND PLACE, THE DEFENDANTS DID ACT IN CONCERT WITH AS UNAPPREHENDED OTHER AND DID REPEATEDLY PUNCH AND KICK THE INFORMANT ABOUT THE FACE AND BODY AND FURTHER ACTED IN CONCERT BY REMOVING INFORMANT'S CELL PHONE FROM INFORMANT'S HAND.

DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE DESCRIBED ACTIONS CAUSED INFORMANT TO SUFFER BRUISING AND SWELLING TO THE FACE AND BODY, TO SUFFER SUBSTANTIAL PAIN, TO FEAR FURTHER PHYSICAL INJURY AND TO BECOME ALARMED AND ANNOYED.

DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE INFORMANT IS THE CUSTODIAN OF THE ABOVE MENTIONED CELL PHONE AND THE DEFENDANT DID NOT HAVE PERMISSION NOR AUTHORITY TO TAKE, POSSESS AND EXERCISE DOMINION AND CONTROL OVER SAID PROPERTY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

3/12/15

Printed 03/12/2015 13:19   K15617502 K15617507 K15617503   Arrested: 03/11/2015 20:45

2015KN014750

Criminal Court of the City of New York
County of KINGS  Date 01-11 20 17
I hereby certify that the within is a true copy of the Record on file in this Court
Court Clerk

D000104