# ORIGINAL

1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
2  ------------------------------------------------------------X
   TYRIN TORRES and DAQUAN BRADLEY,
3
                                   PLAINTIFFS,
4
5          -against-              Case No.:
                                  16 CV 6719
6                                 (BMC)
7  THE CITY OF NEW YORK, JOHN SIOKAS, CHRISTOPHER WARD,
   EUGENE JONNY, and JOHN DOE,
8
                                   DEFENDANTS.
9  ------------------------------------------------------------X
10
11                      DATE: June 14, 2017
12                      TIME: 11:20 A.M.
13
14
15            DEPOSITION of a Plaintiff, DAQUAN BRADLEY,
16  taken by the respective parties, pursuant to a Notice and
17  to the Federal Rules of Civil Procedure, held at the
18  offices of the New York City Law Department, 100 Church
19  Street, New York, New York 10007, before David Sheldon,
20  RPR, a Notary Public of the State of New York.
21
22
23
24
25

  

D. BRADLEY

1    Q.    And then did the car drive away at some point?

2    A.    It drove -- it -- once he pressed the

3    acceleration, he had to stop.

4    Q.    How long would you say that he drove?

5    A.    No more than one second.

6    Q.    And did somebody tell the driver where to go?

7    A.    Yes.

8    Q.    Who did?

9    A.    Me and Tyrin.

10   Q.    Both of you?

11   A.    Yes.

12   Q.    What did you say?

13   A.    I said, 33rd, between 33rd and Neptune.

14   Q.    What did he say?

15   A.    The same thing.  He is at 31st and I am at 33rd.

16   Q.    And was Sebastian going to come with you --

17   strike that.

18         Do you know if Sebastian was coming with you back

19   to your apartment?

20   A.    Yes.

21   Q.    He was?

22   A.    Yes.

23   Q.    So you say that -- strike that.

24         When you got out of the liquor store, did you see

25   anything going on in the street?  Did you see those three

  

D. BRADLEY

1    A.    They came up to the car and freeze and we are the

2    police.

3    Q.    They said that we're the police?

4    A.    Yes.

5    Q.    So then what happened?

6    A.    And then they pulled us out of the car.

7    Q.    When you say they pulled you out of the car, what

8    does that mean?

9    A.    They opened the doors and they pulled us out.  I

10   was the last one out of the car.  I was in the middle and

11   they pulled Sebastian out first and then they pulled Tyrin

12   out and then they pulled me out.

13   Q.    So were both the rear side doors opened?

14   A.    Yes.

15   Q.    Did you know the driver of the car?

16   A.    No.

17   Q.    Do you know if it was a male or a female?

18   A.    Yes.  I know it was a male.

19   Q.    Had you ever seen him before?

20   A.    You are talking about the cabdriver?

21   Q.    Yes.

22   A.    Yes.  The cabdriver was a male, yes.

23   Q.    Had you ever seen him before?

24   A.    No.  That was the first time that I had seen him.

25   Q.    Have you ever seen him since?

  

68

D. BRADLEY

1    A.    He was shorter than me.  I don't remember.

2           MR. LUMER:  Objection.

3    Q.    Do you remember his skin color?

4    A.    I don't remember.

5    Q.    First of all, you said something -- withdrawn.

6           When you say they brought a boy up to us, what

7  does that mean?

8           MR. LUMER:  Objection.

9           You can answer.

10    A.    They brought a boy up to us, as in the reason why

11  they was stopping us, and they brought somebody up to us.

12  They had us lined up on the side of the car and he came

13  over and I didn't really get to see him or how he looked,

14  because where he was at, but he came over and they asked

15  him, "Was it one of them?"

16           And then he pointed, he pointed at somebody and

17  he said, "Yeah.  It's him in the blue" and that was it.

18    Q.    How far away was he from you, this boy?

19    A.    I'm not exactly sure as to how far away he was.

20    Q.    Can you estimate that?

21    A.    No.

22    Q.    Can you use this room as sort of a barometer how

23  far away this person was from you?

24           MR. LUMER:  Objection.

25    A.    No.

D. BRADLEY

1    Q.    You can't?

2    A.    No.

3    Q.    Was he further away from you than the size of

4    this room?

5                MR. LUMER:  Objection.  He said twice that

6                he does not know.

7    A.    I don't know.  I don't remember.  I know that he

8    was far away from me.

9    Q.    He was far from me?

10   A.    Yes.

11   Q.    Was it further than the size of this room?

12   A.    I don't know.

13                MR. LUMER:  Objection.

14   Q.    You're not sure?

15   A.    No, I'm not sure.

16   Q.    And you can't estimate it at all?

17                MR. LUMER:  Objection.  I will instruct him

18                not to answer.  He already said that he can't

19                estimate three or four times.

20                MR. THADANI:  He said that he does not

21                remember.

22                MR. LUMER:  You asked him if he can

23                estimate, and he said, "No."

24   Q.    Is that correct, you can't estimate it?

25   A.    No.

D. BRADLEY

1    Q.    First of all, did the boy come with anyone else

2    or did he walk --

3    A.    Can I take a break?

4              MR. THADANI:  Yes.  You can take a break.

5              MR. LUMER:  Do you need the men's room?

6              THE WITNESS:  Yes.

7              (Whereupon, a short recess was taken for

8              nine minutes.)

9    BY MR. THADANI:

10   Q.    How are you doing, by the way?

11   A.    Good.

12   Q.    We just took a break?

13   A.    Yes.

14   Q.    Did you speak with your attorney?  Don't tell me

15   about anything, but did you speak with your attorney during

16   the break?

17   A.    Yes.

18   Q.    How long did you speak for?

19   A.    Two minutes.

20   Q.    Was anyone else present?

21   A.    No.

22   Q.    While you were in the back of the cab, who was

23   carrying or who had the liquor bottle?

24   A.    Tyrin did.

25   Q.    Did you ask him for it?

D. BRADLEY

1    A.    No.

2    Q.    He bought it for you?

3    A.    Yes.

4          MR. LUMER:  Objection.

5    Q.    Why didn't you ask him for it?

6    A.    I didn't ask him at the moment.

7    Q.    Did you ever ask him to give it to you?

8    A.    No.

9    Q.    After you three exited the cab, do you know what

10   happened with the bottle?

11   A.    The cops took it.

12   Q.    Do you know if they took it from Tyrin or someone

13   else?

14   A.    They took it from Tyrin.

15   Q.    Did you see that?

16   A.    Yes.

17   Q.    You actually saw an officer take the bottle from

18   Tyrin?

19   A.    Once we got out of the cab, they took it.

20   Q.    Do you know what they did with it?

21   A.    No.

22   Q.    Did you ever see it again?

23   A.    No.

24   Q.    So you said that you and Sebastian and Tyrin were

25   lined up; is that right?

D. BRADLEY

1      A.      (No verbal response.)

2      Q.      Is that a yes?

3      A.      Yes.

4      Q.      How close together were you?

5      A.      Tyrin was right here and I am in the middle and

6   this is Sebastian (indicating).

7      Q.      So was Tyrin on your right side?

8      A.      Yes.

9      Q.      And Sebastian was on your left side?

10     A.      Yes.

11     Q.      You were all standing pretty close together?

12             MR. LUMER:   Objection.

13     A.      Yes.

14     Q.      Basically, like shoulder-to-shoulder apart?

15     A.      Yes.  I could touch him.

16     Q.      Where you were standing, was there lighting in

17   the area?

18     A.      No, not that I remember.  Not that I remember.

19     Q.      Was it dark?

20     A.      Yes.

21     Q.      Were you, Tyrin or Sebastian wearing anything

22   blue that you can remember?

23     A.      No.

24     Q.      You don't remember one way or the other?

25     A.      I don't remember what we was wearing.

D. BRADLEY

1    Q.    You said that this boy, and I will just say boy,

2    because that's what you referred to him as, he was far away

3    from you?

4    A.    Yes.

5    Q.    First of all, where were you standing?  Were you

6    on the sidewalk or in the street?

7    A.    We was still in the street.

8    Q.    On the street outside of the car?

9    A.    Yes.

10    Q.    Was the cab right behind you?

11    A.    What?

12    Q.    The cab that you were previously in, was it right

13    behind you?

14    A.    We were on the side of the cab, on the

15    passenger's side of the cab.

16                MR. LUMER:  I'm sorry; which side of the cab

17                were you on?

18                THE WITNESS:  The passenger's side.

19    Q.    And you were in the street?

20    A.    We was still in the street.

21    Q.    So where you were standing, was the car behind

22    you, behind your back?

23                MR. LUMER:  Objection.

24    A.    No.  It was in front of me.

25    Q.    It was in front of you?

D. BRADLEY

1      A.      Yes.

2      Q.      Was the car in front of all three of you?

3              MR. LUMER:  Objection.

4      A.      I don't remember.  I know they was on the side of

5   me.  I don't know which way they was facing.

6      Q.      Were you handcuffed at this point?

7      A.      Yes.

8      Q.      You were handcuffed behind your back?

9      A.      Yes.

10     Q.      Were all three of you handcuffed?

11     A.      I don't know if all three of us were.  I know I

12  was handcuffed.

13     Q.      But you were all standing next to each other?

14     A.      Yes.

15     Q.      At some point -- withdrawn.

16             When the boy came over, was he with anyone else?

17             MR. LUMER:  Objection.

18             You can answer it.

19     A.      The cops.

20     Q.      How many?

21     A.      I don't remember.

22     Q.      Was it more than one?

23     A.      Yes.

24     Q.      More than two?

25     A.      I don't know.

D. BRADLEY

1      Q.      You're not sure?

2      A.      No.

3      Q.      Were they in uniform or in plain clothes or

4  something else?

5      A.      I don't remember.

6      Q.      Do you know if they were male or female?

7      A.      I don't remember.

8      Q.      Did you hear anything that any of them said to

9  the boy?

10     A.      No.

11     Q.      Did you hear anything that the boy said to

12  them --

13     A.      No.

14     Q.      -- at any point?

15     A.      No.

16     Q.      You said that you saw the boy point at some

17  point?

18     A.      (No verbal response.)

19     Q.      Strike that.

20             You saw, you testified earlier that you saw the

21  boy point?

22     A.      Yes.

23     Q.      Do you know why he was pointing?

24     A.      No.

25     Q.      Did you hear anything -- withdrawn.

D. BRADLEY

1               Where did he point?

2      A.     He was pointing -- he just pointed.  I don't know

3    where he was pointing, but he just pointed.

4      Q.     Towards which direction?

5      A.     Towards us.

6      Q.     Did you notice that he pointed towards -- strike

7    that.

8               Was the boy in the street at the time that he

9    pointed?

10     A.     I don't remember.

11     Q.     Do you remember where he was standing?

12     A.     No.

13     Q.     You said that you had not heard anything that he

14   said?

15     A.     No.

16     Q.     You could not hear anything that anybody said to

17   him?

18     A.     No.

19     Q.     After he pointed towards the three of you, what

20   happened next?

21               MR. LUMER:  Objection.

22               MR. THADANI:  That's what he said.

23               MR. LUMER:  He said that he pointed.  He

24          doesn't know where.

25               MR. THADANI:  The record will speak for

  

D. BRADLEY

1            MR. LUMER:  Don't look at me.

2       Q.     If you don't know, you can say that you don't

3   know.

4       A.     I don't know.

5       Q.     At some point in this case, you went to court?

6       A.     Yes.

7       Q.     How many times did you go to court with respect

8   to this case?

9       A.     One time.

10       Q.     When was that one time?

11       A.     When we got arrested.  When I first -- I'm sorry;

12   when I went to see the lawyer -- after I went to see the

13   lawyer, that was my first time in a court.

14       Q.     So how much time passed from the time that you

15   were arrested until you went to the court?

16       A.     I don't know.  I don't remember.

17       Q.     It was a day or less than a day or more than a

18   day?

19       A.     Before I went to court?

20       Q.     Yes.  From the time that you were arrested to the

21   time that you went to court, how much time passed?

22       A.     About a day.

23       Q.     About a day?

24       A.     Yes.  About a day.

25       Q.     Okay.  What happened in the court?