```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ---------------------------------------------------X
     TYRIN TORRES and DAQUAN BRADLEY,
 3
                                    PLAINTIFFS,
 4

 5            -against-              Case No.:
                                    16-CV-6719(BMC)
 6

 7   THE CITY OF NEW YORK, JOHN SIOKAS, CHRISTOPHER WARD, EUGENE
     JONNY and JOHN DOE,
 8
                                    DEFENDANTS.
 9   ---------------------------------------------------X

10

11                     DATE:  June 13, 2017

12                     TIME:  10:35 A.M.

13

14

15            DEPOSITION of the Plaintiff, TYRIN TORRES,

16   taken by the Respective Parties, pursuant to a Court Order

17   and to the Federal Rules of Civil Procedure, held at the

18   New York City Law Department, 100 Church Street, New York,

19   New York 10007, before Francine Delfino, a Notary Public of

20   the State of New York.

21

22

23

24

25
```

  

T. TORRES

1     A.     Not me.

2     Q.     Who did he pointed to?

3     A.     I don't know.

4     Q.     How do you know he wasn't pointing to you?

5     A.     Because he said the kid in the blue.

6     Q.     You heard those words?

7     A.     Yes.

8     Q.     Did you hear him say anything else?

9     A.     No.

10    Q.     When he said the kid in the blue, who did you

11   think he was referring to?

12    A.     I wasn't sure, I was worried about him not saying

13   me.

14    Q.     When you were first handcuffed, did you see where

15   this Hispanic man was?

16    A.     When they first pulled me out of the car?

17    Q.     Yes.

18    A.     No.

19    Q.     When did you first see him?

20    A.     Other officers walked over to where I was at,

21   walked him over to where I was at.

22    Q.     So the officers escorted him to the area?

23    A.     Yes.

24    Q.     And he was twenty feet or so away from you?

25    A.     Yes.

T. TORRES

1      Q.     At this point, were there some officers in plain

2    clothes, some officers in uniform, or just plain clothes?

3      A.     Both.

4      Q.     Did you hear anything that any, either plain

5    clothes officers or somebody you thought was a plain

6    clothes officer or uniformed officer, say to the Hispanic

7    man when he was about twenty feet away from you?

8      A.     No.

9      Q.     Did you hear anything they said?

10     A.     No.

11     Q.     Did you hear anything the Hispanic man said?

12     A.     Yes.

13     Q.     What did you hear him say?

14     A.     Just point and say that's him.

15     Q.     Did you hear that man say anything else besides

16   that?

17     A.     The Hispanic man?

18     Q.     Yes.

19     A.     No.

20     Q.     How many times did you see him point?

21     A.     Just once.

22            MR. LUMER:  Off the record.

23            (Whereupon, an off-the-record discussion was

24        held.)

25            (Whereupon, a short recess was taken.)

T. TORRES

1    Q.    When this Hispanic man was pointing and you were

2    about twenty feet away were you and Daquan and this other

3    individual standing next to each other?

4    A.    We were lined up.  I would say, yes, shoulder

5    width.  It was me, the next person and next person.

6    Q.    Where were you standing, were you in the center

7    or were you on the outside?

8    A.    I was on the outside.

9    Q.    So you were on the outside and then less then a

10   foot away from you was another individual?

11   A.    Yes.

12            MR. LUMER:  Objection to form.

13   Q.    Was it Daquan Bradley or another guy?

14   A.    I don't know.

15   Q.    And then less than a foot away there was another

16   individual, that was either Daquan Bradley or the other

17   guy?

18   A.    Yes.

19   Q.    From twenty feet away, how could you tell that

20   the Hispanic man wasn't just pointing to all three of you?

21   A.    When someone pointing you can see the direction

22   they pointing and he said the guy in the blue.

23   Q.    But you didn't hear anything else he said?

24   A.    No.

25   Q.    He could have said other things?

T. TORRES

```
1    A.    Could have.

2    Q.    The police could have said other things?

3              MR. LUMER:  Objection.

4              You can answer.

5    A.    They could have.

6    Q.    Were any of the three of you wearing blue?

7    A.    I had on blue and red.

8    Q.    So you were wearing blue?

9    A.    Blue and red.

10   Q.    You had blue jeans on?

11   A.    I did.

12   Q.    You had a partially blue jacket on?

13   A.    Yes.

14   Q.    Was Daquan Bradley wearing anything blue?

15   A.    I don't remember.

16   Q.    Was the other individual wearing anything blue?

17   A.    I don't remember.

18   Q.    How long were you standing next to each other,

19 you, Daquan and the other individual, in that position?

20   A.    In total?

21   Q.    Yes.

22   A.    I will say two maybe two, three minutes.

23   Q.    And then what happened?

24   A.    After the guy pointed?

25   Q.    Yes.
```

  

T. TORRES

 1      A.      I don't remember.

 2      Q.      Would you be able to approximate his age or not

 3   really?

 4      A.      Not really.

 5      Q.      Were you able to get a good look at him when you

 6   were about twenty feet away from him?

 7                      MR. LUMER:  Objection.

 8      A.      Not really.

 9      Q.      Why not?

10      A.      That wasn't my focus.  My focus wasn't on him.

11      Q.      Your focus wasn't on him?

12      A.      No.

13      Q.      What was your focus on?

14      A.      Going to jail for something I didn't do.

15      Q.      At the point that you were put in the police car,

16   why did you think you were being arrested?

17      A.      When I was put in the police car?

18      Q.      Yes.

19      A.      Basically the cop just told me he seen me punch

20   him in the face and take his cell phone, so I would think

21   robbery.

22      Q.      Punch who in the face?

23      A.      He didn't say who, he said I seen you punch that

24   kid in the face and take his phone.

25      Q.      What happened to the bottle, the liquor bottle;

  

T. TORRES

1          Mr. Torres has.

2                    MR. LUMER:  I will try to get the copy

3          Mr. Torres has.  I know I tried to get a copy

4          from Robert Marinelli who couldn't locate it.  I

5          know a copy was provided to the district

6          attorney's office.  It is the subject of the

7          district attorney's dismissal memo in which they

8          discussed viewing the video and establishing

9          Mr. Torres's alibi.  If I cannot locate it, I

10         will get it from Mr. Torres if he can find it,

11         otherwise I will subpoena it myself from the

12         district attorney's office, as they also have it.

13                   MR. THADANI:  Understood.  I will follow up

14         in writing but the request is noted.

15    Q.    Did anything else happen at that meeting with the

16    ADA other than what we talked about?

17    A.    Not that I remember.

18    Q.    How many times did you meet with the ADA?

19    A.    Once.

20    Q.    Aside from the arraignment, how many court

21    appearances do you recall there being with respect to this

22    criminal case?

23    A.    I never made it to another court appearance.

24    Q.    So you just went for the arraignment?

25    A.    Yes.