CITY OF NEW YORK
**POLICE DEPARTMENT**      B      132453

Name _Detective Siokas, John_      Tax Reg. No. _942664_

Date Opened ~~August~~ March 3, 2015   Supervisory Officer _Sgt. Ward_

Date Closed _8/11/2015_   Supervisory Officer _[signature]_

PD 112-145 (07-09)

D000174

X Wednesday 3/11/2015
Assignment NBBS
Tour 1327 x 2200 HRS
ROO PFD. @ NBBS
[signature]
1750: OB w/ [illegible] words and [illegible]
det. [illegible] TIV# 47533
ref. set v/o 60 pct.
GAS 2/4.
1820: 84

2020: CBS, green of
wales fighting etc.
[illegible] and w/ R1
street. (Robbery)
2025: Apprehend 2/m/B
c/o w/ 17 st + [illegible]
2040: Positive [illegible] w up
2045: 3 under.

Blood gang Members

(1) Bradley, Deion
███████ (20)
███████████████████
6'1 150 lbs.

(2) Torres, Furio
███████████ (26)
███████████████████
5'11 170 lbs.

(3)
███████████████████
███████████████████
███████████████████

2100: 841 W 60 Pct DE: A10
0115: OB
0200: RTC
0300: EOT Tax #Q125541
Det. Sickds.

X Thursday 2/12/2014
Assignment VBBS
Tour 0800 x 1733 Hrs
LEDS Arrest
0800 PED.
Roo: Ada Velez called.
1215: Faxed paperwork
1300: EOT Tax# QK125561
Det. Sickds.

███████████████████
███████████████████
███████████████████

D000176