UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TYRIN TORRES and DAQUAN BRADLEY,

                                        Plaintiffs,

                    -against-

THE CITY OF NEW YORK, JOHN SIOKAS,
CHRISTOPHER WARD, EUGENE JONNY, and JOHN
DOE,

                                        Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS'
STATEMENT PURSUANT
TO LOCAL RULE 56.1**

1:16-cv-06719-BMC

Defendants City of New York, John Siokas ("Siokas"), Christopher Ward and

Eugene Jonny submit this statement pursuant to Rule 56.1 of the Local Rules of the United

States District Court for the Southern and Eastern Districts of New York to set forth the material

facts as to which defendants contend there are no genuine issues to be tried.

1. On March 11, 2015, shortly after approximately 8:30 p.m., inside of a deli

located on Mermaid Avenue in Brooklyn, New York, Wilfredo Vasquez informed Siokas that he

had just been assaulted and robbed.  (Siokas Dep. at 192:12:193:14, annexed to the Declaration

of Kavin Thadani dated July 31, 2017 ("Thadani Decl.") as Exhibit A; Arrest Report No.

K15617507, Thadani Decl., Ex. B; Arrest Report No. K15617502, Thadani Decl., Ex. C;

Criminal Court Complaint, Thadani Decl., Ex. D.)

2. More specifically, Mr. Vasquez informed Siokas that a group of individuals

punched and kicked him until he fell to the ground, that he was kicked and punched while on the

ground and that his cellular telephone was forcibly removed from his hand.  (Arrest Report No.

K15617507, Thadani Decl., Ex. B; Arrest Report No. K15617502, Thadani Decl., Ex. C; Criminal Court Complaint, Thadani Decl., Ex. D.)

3.   Mr. Vasquez also informed Siokas that, as a result, he sustained bruising and swelling to his face and body.  (Criminal Court Complaint, Thadani Decl., Ex. D.)

4.   Siokas also observed swelling to Mr. Vasquez's face and redness to his ribs. (Siokas Dep. at 70:10-72:6, Thadani Decl., Ex. A.)

5.   After Mr. Vasquez and Siokas exited the deli, Mr. Vasquez pointed towards three males across the street getting into a livery cab in front of a liquor store and informed Siokas that they are the ones that assaulted and robbed him.  (Siokas Dep. at 79:5-81:3, 193:20-194:19, Thadani Decl., Ex. A.)

6.   The livery cab was pulled over and plaintiff Tyrin Torres, plaintiff DaQuan Bradley and Sebastian Colin were removed from the vehicle.  (Bradley Dep. at 55:1-3, 61:5-12, Thadani Decl., Ex. E.)

7.   After plaintiffs and Mr. Colin were removed from the vehicle and lined up next to each other, during a show-up identification procedure, Mr. Vasquez again confirmed to Siokas that all three of the men assaulted and robbed him.  (Bradley Dep. at 71:24-72:15, Thadani Decl., Ex. E; Torres Dep. at 76:1-5, Thadani Decl., Ex. F; Siokas Dep. at 101:15-103:4, Thadani Decl., Ex. A; Siokas Memobook at D000176, Thadani Decl., Ex. G; Criminal Court Complaint, Thadani Decl., Ex. D.)

8.   Based upon the information from Mr. Vasquez, plaintiffs were arrested and charged with two counts of Robbery in the Second Degree, Assault in the Second Degree, Robbery in the Third Degree, Grand Larceny in the Fourth Degree, Assault in the Third Degree, Petit Larceny, Criminal Possession of Stolen Property in the Fifth Degree, Menacing in the Third

Degree and Harassment in the Second Degree.  (Criminal Court Complaint, Thadani Decl., Ex.

D; Arrest Report No. K15617507, Thadani Decl., Ex. B; Arrest Report No. K15617502, Thadani

Decl., Ex. C.)

9.   Following arraignment, neither plaintiff made an additional court appearance.

(Bradley Dep. at 94:5-13, Thadani Decl., Ex. E; Torres Dep. at 127:20-25, Thadani Decl., Ex. F.)

Dated: New York, New York
        July 31, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York  10007
(212) 356-2351


By:      /s/ Kavin Thadani

          Kavin Thadani
          Senior Counsel
          Special Federal Litigation Division


TO:   **VIA ECF**
      Michael Lumer, Esq.
      *Attorney for Plaintiffs*